1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8  RAJU A.T. DAHLSTROM,

9               Plaintiff,

            v.

10  SUNRISE SERVICES, INC., and LIFE CARE,
    CENTERS OF AMERICA, INC.

11

12               Defendants.

No.  C18-1561RSL

ORDER TO SHOW CAUSE

13        This matter comes before the Court *sua sponte*.  The complaint in the above-

14  captioned matter was filed on October 23, 2018.  On April 24, 2019, the United States declined

15  intervention in this case.  On May 2, 2019, this Court issued an order directing the relator to

16  serve a copy of the complaint on defendants.  To date, service of the summons and complaint has

17  not been made on defendants as required by Fed. R. Civ. P. 4(m).  The relator is hereby

18  ORDERED to show cause why the complaint should not be dismissed.  The relator shall file a

19  responsive brief no later than November 15, 2019.

20

21        DATED this 30th day of October, 2019.

22

23

24                                    _____
                                      Robert S. Lasnik
25                                    United States District Judge

26

ORDER TO SHOW CAUSE